832

No. 81–2223.   KELTNER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–2227.   JONES v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 81–2228.   SOOJIAN v. COUNTY OF FRESNO ET AL.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 81–2229.   CHIAFARI v. U. S. DEPARTMENT OF INTERIOR ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–2230.   MCGOUGH v. FLORIDA.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 81–2232.   BRUCE v. KOSNOSKI.   C. A. 4th Cir.   Certiorari denied.

No. 81–2233.   VALDES v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–2234.   ACME QUILTING CO., INC. v. PERFECT FIT INDUSTRIES, INC.   C. A. 2d Cir.   Certiorari denied.

No. 81–2235.   GARCIA v. UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 81–2238.   PARSONS, DBA EXECUTIVE MOTORS UNLIMITED ET AL. v. FORD MOTOR CO. ET AL.   C. A. 5th Cir. Certiorari denied.

No. 81–2241.   KEMBER ET AL. v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 81–2246.   CONSTANT v. COLORADO.   Sup. Ct. Colo. Certiorari denied.